IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 8:06CR133 |
| ) | |
| JOHN DAVIDSON, ) | **SCHEDULING ORDER** |
| ) | |
| Defendant. ) | |

    IT IS ORDERED that the following is set for hearing on **June 1, 2006** at **2:00 p.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

    - Motion to Sever Counts I and II, to Sever Defendants' Trials [18] filed by defendant John Davidson.

    Since this is a criminal case, the defendant must be present, unless excused by the Court.

    DATED this 18th day of May, 2006.

                                     BY THE COURT:

                                     s/ F.A. Gossett
                                   United States Magistrate Judge