IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:06CR133 |
| | ) | |
| JOHN DAVIDSON, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

    Before the Court is defendant's Motion to Reopen Detention [29]. Defendant requests to be interviewed by Pretrial Services and for a review of his detention status. The Court will grant the motion with respect to the interview of the defendant.

    IT IS ORDERED that Pretrial Services shall interview the defendant in the presence of his attorney. Defense counsel Deborah A. Sanwick shall arrange a time to accompany Pretrial Services to an interview of the defendant. Pretrial Services shall submit a report to the Court following defendant's interview.

    DATED this 29th day of June, 2006.

                                                  BY THE COURT:

                                                  s/ F.A. Gossett
                                                  United States Magistrate Judge