IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:06CR133 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER |
| JOHN DAVIDSON, | ) ) | |
| Defendant. | ) | |

Defendant John Davidson appeared before the court on July 5, 2007 on a Petition for Summons for Offender Under Supervision [69]. The defendant was represented by Assistant Federal Public Defender Jennifer Gilg and the United States was represented by Assistant U.S. Attorney Douglas Semisch. The defendant admitted allegations 1, 3 and 6. The defendant's oral motion to continue final disposition to allow the defendant to participate in inpatient treatment is granted. The government did not object.

IT IS ORDERED:

1. A final disposition hearing in this matter is scheduled in Courtroom 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 1:00 p.m., on October 19, 2007.** Defendant must be present in person.

2. On Friday, July 6, 2007 at 8:30 a.m. , the defendant is to be released to NOVA T.C., 3473 Larimore Avenue, Omaha, Nebraska, for inpatient treatment, and is ordered to remain and participate in its program and obey all rules of the program.

3. That the defendant will also abide by all the terms and conditions of his supervised release previously imposed.

Dated this 5th day of July, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge